John D. Klinedinst, Bar No. 86254
Robert L. Clarkson, Bar No. 102183
Robert J. Hatem, Bar No. 185654
Mark J. Goldsmith, Bar No. 244339
KLINEDINST PC
777 S. Figueroa Street, Suite 4700
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
jklinedinst@klinedinstlaw.com
rclarkson@klinedinstlaw.com
rhatem@klinedinstlaw.com
mgoldsmith@klinedinstlaw.com

Stephen E. Embry, *Pro Hac Vice*
Christopher S. Burnside, *Pro Hac Vice*
FROST BROWN TODD
400 W. Market St., 32nd Floor
Louisville, KY 40202
502/568-0253/502/581-1087 (Fax)
sembry@fbtlaw.com
cburnside@fbtlaw.com

Attorneys for Defendant
U.S. GREENFIBER, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE KINGSBURY, et al.,, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. GREENFIBER, LLC, et al.,, <br><br> Defendants. | Case No. CV08-00151-AHM (JTLx) <br><br> **ORDER RE: STIPULATED PROTECTIVE ORDER** <br><br> Courtroom: 14 <br> Judge: A. Howard Matz <br> Magistrate Judge: Jennifer T. Lum <br> Complaint Filed: <br> Trial Date: None set |

GOOD CAUSE APPEARING:

IT IS SO ORDERED.

DATED: 7/25/08

_____
HONORABLE A. HOWARD MATZ

- 1 -

**[Proposed Order] Re: Stipulated Protective Order**
CV08-00151-AHM (JTLx)