Edward W. Schmitt, Esq. (SBN 101330)
Jeffrey M. McConnell, Esq. (SBN 126059)
John A. Mavros, Esq. (SBN 257673)
Edward.Schmitt@knchlaw.com
Jeff.McConnell@knchlaw.com
John.Mavros@knchlaw.com
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000

Attorneys for Defendant
Pulte Home Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE KINGSBURY, EMILIO SEGURA, PILIEN SEGURA et al., | Case No. 2:08-cv-00151-AHM-JTL |
| Plaintiffs, | Motion Date: 7/6/2009 |
| v. | |
| U.S. GREENFIBER, LLC, PULTE HOME CORPORATION, QUALITY INTERIORS, INC. et al, | DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF PULTE HOME CORPORATIONS OPPOSITION TO PLAINTIFF CLASS CERTIFICATION MOTION |
| Defendants. | |

I, BRADLEY OBERG submit the following declaration to supplement my previous declaration offered in opposition to the Plaintiff's motion for class certification and to address issues raised in the Plaintiff's renewed motion.

1. I am a principle of IBACOS, a building science company located in Pittsburgh, Pennsylvania. I am also a licensed architect and member of the American Institute of Architects (AIA). IBACOS provides construction-consulting services in the field of best building practices to production homebuilders, like Pulte Homes. I have worked with Pulte Homes over a ten-year period in the area of residential construction quality and have assisted Pulte in the investigation of alleged construction defects. IBACOS also conducts research to reduce the energy usage of

1

1  homes in the United States as part of the Building America Program sponsored by the U.S.
2  Department of Energy. My work includes the analysis and evaluation of insulation products such
3  as Greenfiber's spray applied cellulose insulation concerning the issue of reducing a homes
4  energy usage.

5      2.   I have reviewed my declaration of December 8, 2008, and the attached reports to my
6  previous declaration of September 15, 2008 and November 5, 2008 submitted to the court.    I
7  attach these documents to this supplemental declaration as the facts and opinions pertaining to the
8  variations of homes, floor plans, designers, construction schedules, and the conditions under
9  which mold was found at the Estates, Solera and other projects, have not changed.

10      3.  I have recently reviewed portions of the Plaintiff's renewed class certification motion
11  addressing water issues, cellulose insulation and the unmet construction standards of California
12  Civil Code §896 and 987. The discussion of these issues at p. 11/12 beginning with line 24,
13  relating to the discussion of two unmet construction standards, 896(a)(10) and 896(a)(11), is
14  inaccurate for the following reasons:

15      i)  Section 896(a) 10 and (a) 11, refer to "wall systems" not allowing "unintended
16  water" or "excessive condensation" to enter the structure. The intent of these unmet
17  construction standards is directed to a failure of the moisture barrier system designed by
18  the architect to shed water along the moisture barrier system and away from the interior of
19  the wall cavities. The architect will design a moisture barrier system that is compatible
20  with the exterior cladding system of the home. The Pulte projects that contain spray
21  applied cellulose insulation have various cladding systems. By way of illustration, within
22  the Solera @ Apple Valley project, the homes have stucco or a combination of stucco,
23  stone or brick. At the Ashbury Ridge project, some homes have stucco and siding. At
24  the Cambridge Place project, the exteriors of the homes vary from stucco, to stucco with
25  stone, siding with stone, or just siding, and at the St. Croix project, the cladding system
26  varies from plan type to plan type consisting of stucco, siding, and stucco with stone.
27  Attached to this declaration as Exhibit (A) are examples of the various exterior cladding
28  systems that are involved among some of the various Pulte projects with spray applied

2

**DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION**

1    insulation installed within the perimeter walls.

2        ii)  Because of the variation in the exterior cladding systems, the moisture barriers

3    will vary from plan type to plan type.  A moisture barrier for a stucco or manufactured

4    stone system can typically consist of two layers of building paper with the outer later

5    being a sacrificial bond break with the stone or stucco directly applied to the outer layer

6    and the inner layer of building paper serves as a drainage plane to shed bulk water.  The

7    moisture barrier system for siding may consist of one layer of building paper or

8    housewrap serving as a drainage plane to shed bulk water.   For brick cladding, the

9    moisture barrier system consists of a one to two inch air space separating the brick from

10   the moisture barrier system with one layer of building paper or housewrap being a

11   drainage plane to shed bulk water.

12       iii)  Insulation, either spray applied cellulose insulation, or dry batt insulation plays

13   no part and is not designed as part of the wall moisture barrier system.  Wall insulation is

14   part of the thermal barrier that controls heat transfer through the wall.   The spray applied

15   cellulose insulation installed within the perimeter walls of various Pulte projects was not

16   designed and installed to be part of the "wall system", or the "designed or actual moisture

17   barriers" of the wall system.   Sections 896 (a) (10) and (11) do not describe or mention

18   insulation as an element of the wall system, or moisture barriers of the wall system for that

19   reason.

20       iv)  As Sections 896 (a) (10) and (11) express, the violation of these construction

21   standards is related to water that breaches the "designed or actual moisture barrier", for

22   example, water that should not enter the wall but does so due to an improperly flashed pot

23   shelve, column, or plant-on that is connected in a manner to the exterior wall cladding

24   system requiring some method of flashing or water proofing to prevent "unintended"

25   water from entering the wall cavity.  Another example would be a breach in the building

26   wrap that is installed behind the stucco or siding that is torn, ripped or mislapped during

27   construction and subsequently allows water to enter into the wall cavity.   There can be

28   various breaches of the moisture barrier system that will not be the same from home to

3

137777_1.DOC

1  home as the various components of the moisture barrier system involves different

2  construction trades, for example the rough carpenter (framer), sheet metal contractor, lath

3  and plaster (stucco) contractor, stone veneer contractor and masonry/brick contractor.

4       4.  As indicated in my September 15, 2008 report, I inspected the residence of Emilio

5  Segura at 10805 Toyon for signs of moisture intrusion and to respond to an allegation that mold

6  was still observed in the home.   My inspection did not reveal any mold or any evidence that the

7  moisture barrier system is allowing unintended water to pass through the walls into the home.

8  (Oberg 9/15/2008 report p. 2.)  I also reported in my November 5, 2008 report, observing four

9  other homes in the Estates development, also for any signs of mold or that unintended water may

10  have or is currently breaching the homes moisture barrier system. (Oberg 11/5/2008 report p. ii.)

11  I found no evidence of mold or that unintended water was passing beyond, through or around the

12  moisture barriers of the homes.   There is no evidence of the homes that I observed, that the

13  construction standards of Sections 896 (a) (10) or (a) (11) have or is currently allowing

14  unintended water to enter into the wall cavities where the spray applied cellulose insulation

15  remain in the perimeter walls.    For this reason, the statement made in the moving papers at p.

16  14 line 3 that "There is an inherent risk of Cocoon insulation "re-wetting" following

17  installation:", has not occurred at the Segura home, at the other homes that I have observed or at

18  any other Pulte home, as Pulte has not informed me of any homes having an issue with spray-

19  applied insulation become re-wetted due to a breach of the moisture barrier systems.

20       5.  At page 12 lines, 3-7, there is a discussion of Section 896(g)(3)(A) of the

21  construction standards and the useful life of the spray applied cellulose insulation.   During my

22  investigation and observation of the spray applied cellulose insulation product for Pulte, I have

23  seen no instance that the useful life of the insulation product as a thermal barrier for heat transfer

24  has been affected.

25       6.  I have previously stated in my December 5, 2008 declaration, (Oberg 12/5/08 Dec. p.

26  3 (iii)), my opinion that certain Pulte homes developed an issue with mold as these homes

27  built during a period of unseasonably high rainfall in late 2004 and early 2005 affected the

28  ability of the perimeter walls covered with drywall with mirrors, vanities, cabinets and shower

4

**DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION**

enclosures to breath, preventing moisture vapor from venting.

     7.  The spray applied cellulose insulation issue that Pulte has experienced is due to a specific event and is not a prevalent condition that is inherent with the use of spray applied cellulose insulated walls.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2009

_____
Bradley Oberg AIA

5

137777_1.DOC

# EXHIBIT "A"

JUNE 2004

# The Mojave Series



*Features & Homeplans*



Solera
*by Del Webb*

# THE SAGE

*1,392 Livable Square Feet*





ELEVATION A



ELEVATION B



ELEVATION C



ELEVATION D

# THE JUNIPER

*1,687 Livable Square Feet*





ELEVATION A



ELEVATION B



ELEVATION C



ELEVATION D

# THE WILLOW

*2,137 Livable Square Feet*



Included Covered Patio

Great Room
20' 5" x 21'

Master Bedroom
18' 10" x 13' 2"

Master Bath

Walk-In Closet

Dining Area
11' 9" x 8' 4"

Kitchen
18' x 11' 6"

Utility

Entry

Den
10' 8" x 10' 8"

Bath

2-Car Garage

Golf Cart

Guest Bedroom
14' 5" x 10' 9"



ELEVATION A



ELEVATION B



ELEVATION C



ELEVATION D

C&M-283A.brochure  3/27/02  9:24 PM  Page 1

*integrity*

*quality*

innovation



INVOLVEMENT

*integrity*

*quality*

C&M-283A.brochure 3/27/02 9:24 PM Page 2



# MAGDALENE
## PLAN 1



PLAN 1-A
*artist's conception*



PLAN 1-B
*artist's conception*



PLAN 1-C
*artist's conception*

C&M-283A.brochure 3/27/02 9:24 PM Page 4



# PEMBROKE
## PLAN 2



PLAN 2-A
*artist's conception*



PLAN 2-B
*artist's conception*



PLAN 2-C
*artist's conception*

**13**

C&M-283A.brochure  3/27/02  9:24 PM  Page 6



# KENSINGTON
## PLAN 3



**PLAN 3-A**
*artist's conception*



**PLAN 3-B**
*artist's conception*



**PLAN 3-C**
*artist's conception*

C&M-284A.Cambridgebrochure 3/27/02 9:42 PM Page 1



C&M-284A.Cambridgebrochure 3/27/02 9:42 PM Page 2



# BARTON
## PLAN 1



PLAN 1-A
*artist's conception*



PLAN 1-B
*artist's conception*



PLAN 1-C
*artist's conception*

C&M-284A.Cambridgebrochure 3/27/02 9:42 PM Page 4



# GALLOWAY
## PLAN 2



PLAN 2-A
*artist's conception*



PLAN 2-B
*artist's conception*



PLAN 2-C
*artist's conception*

C&M-284A.Cambridgebrochure 3/27/02 9:42 PM Page 6



# CHESTERTON
## PLAN 3



PLAN 3-A
*artist's conception*



PLAN 3-B
*artist's conception*



PLAN 3-C
*artist's conception*

PerformanceforLife™

S T .   C R O I X
AT THE VILLAGES OF AVALON



Pulte
Homes
The way it should be®

# Residence One



**RESIDENCE 1-A**
ARTIST'S CONCEPTION



**RESIDENCE 1-B**
ARTIST'S CONCEPTION



**RESIDENCE 1-C**
ARTIST'S CONCEPTION

# Residence Two



RESIDENCE 2-A
ARTIST'S CONCEPTION



RESIDENCE 2-B
ARTIST'S CONCEPTION



RESIDENCE 2-C
ARTIST'S CONCEPTION

# Residence Three



**RESIDENCE 3-A**
ARTIST'S CONCEPTION



**RESIDENCE 3-B**
ARTIST'S CONCEPTION



**RESIDENCE 3-C**
ARTIST'S CONCEPTION

22

# EXHIBIT "B"

1   Edward W. Schmitt, Esq. (SBN 101330)
2   Jeffrey M. McConnell, Esq. (SBN 126059)
    Edward.schmitt@knchlaw.com
3   Jeff.mcconnell@knchlaw.com
    Koeller, Nebeker, Carlson & Haluck, LLP
    3 Park Plaza, Suite 1500
4   Irvine, CA 92614-8558
    949-864-3400; fax: 949-864-9000
5
    Attorneys for Defendant
6   Pulte Home Corporation

```
        FILED
CLERK, U.S. DISTRICT COURT

    DEC - 8 2008
      4:15

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12   DANIELLE KINGSBURY, EMILIO          )   Case No. 2:08-cv-00151-AHM-JTL
     SEGURA, PILIEN SEGURA et al.,       )
13                                       )   Motion Date: 1/12/2009
            Plaintiffs,                  )
14                                       )
     v.                                  )
15                                       )   DECLARATION OF BRADLEY OBERG
     U.S. GREENFIBER, LLC, PULTE HOME    )   AIA IN SUPPORT OF PULTE HOME
16   CORPORATION, QUALITY INTERIORS,     )   CORPORATIONS OPPOSITION TO
     INC. et al,                         )   PLAINTIFF CLASS CERTIFICATION
17                                       )   MOTION
            Defendants.                  )
18                                       )

19          I, BRADLEY OBERG submit the following declaration to assist the court by highlighting

20   key points raised in my September 15, 2008 and November 5, 2008 supplemental report offered

21   in opposition to the plaintiff's motion for class certification [and to address issues raised in the

22   motion for class certification currently pending before the court.]

23          1.  I am a principle of IBACOS, a building science company located in

24   Pittsburgh, Pennslyvania.  IBACOS provides construction consulting services in the field of best

25   building practices to production homebuilders, like Pulte Homes.  I have worked with Pulte

26   Homes over a ten-year period in the area of residential construction quality and have assisted

27   Pulte in the investigation of alleged construction defects.  IBACOS also conducts research to

28   reduce the energy usage of homes in the United States as part of the Building America Program

126758_1.DOC

                                                1

1   sponsored by the U.S. Department of Energy.  My work includes the analysis and evaluation of

2   insulation products such as Greenfiber's spray applied cellulose insulation concerning the issue of

3   reducing a homes energy usage.

4       2.    In June 2005, I was initially requested by Pulte Homes to investigate a

5   moisture issue behind kitchen cabinets at Pulte's Solera project in Apple Valley, California.  My

6   assignment later included an investigation of a similar moisture issue at the adjacent Estates

7   project in Apple Valley, involving vanities, mirrors and shower enclosures.  I have observed the

8   construction conditions at the Solera and Estates projects involving the perimeter walls of the

9   homes where spray applied cellulose insulation was installed in the wall cavities behind cabinets,

10  bathroom vanities, bathroom mirrors and shower enclosures.  I also observed a moisture issue at

11  Pulte's Weatherly project located in Lake Elsinore, California.   Based on my observations at the

12  Solera and Estates projects, I developed Pulte's repair protocol to address issues of excess

13  moisture or mold found behind cabinets, mirrors, bathroom vanities and showers at these projects.

14      3.    I authored the September 15, 2008 report and November 5, 2008 supplemental report,

15  attached as Exhibits 1 and 2 that demonstrates there are multiple individual issues in the

16  construction of even a mass produced home that influences how a product, like spray applied

17  cellulose insulation, is installed in a home.    The key issues raised in my reports are:

18          i).  There are a variety of floor plans, construction schedules and designers within

19  each Pulte community using spray applied cellulose insulation and there is no consistency that

20  spray applied cellulose is located in the same perimeter walls at each home or that the wall cavity

21  has been fully insulated with spray applied cellulose.

22      "Community Sequence sheets show that homes built in the period of 2001 to 2006 by

23  Pulte, varied in plan and orientation.  Plans show that the number of stories, location of kitchens,

24  bathrooms, tubs and showers differ significantly." (Sept. 15 report p. 2).

25      "Local markets supplied homes to meet local market needs and to meet local land use

26  conditions. Each Pulte Division had different architects, Title 24 engineers, purchasing

27  departments, construction management and trades." (September 15 report p. 13).

28      "Construction schedules ranged from as little as 52 days at the Ridgement Heights

2

126758_1.DOC

1   community in Adelanto to 95 days at the Weatherly community in Lake Elsinore. Each plan has

2   a specific schedule. The schedule can also vary from plan to plan within the same community

3   such as in the Estates at Apple Valley where the number of days in the schedule varies from 62 to

4   67 days." (September 15 report p. 13).

5          "In many of the homes in California, and even in the Inland Empire Market, multiple

6   systems of insulation are used together. In homes built by Pulte in the Apple Valley

7   communities, damp spray wall insulation, installed in 2x4 and 2x6, and in double framed walls

8   was used. Also damp sprayed wall insulation was installed in walls enclosed by at least one side

9   of a spun bonded fabric, where a surface was not present to spray against, or where, as behind the

10  fire place chase, the wall framing would not receive a second skin to enclose the insulation.

11  Attics where installed with dry materials. Pulte and other builders also used fiberglass insulation

12  in batt form and loose fill, as well as dry fiberglass blown behind a net, and recently adhesive

13  bonded open cavity application of spray applied fiberglass insulation. Further, many builders

14  would use fiberglass in some applications in the walls and blow cellulose in attics, or would use

15  fiberglass in some locations and mix it with adjacent locations having some form of cellulose.

16  The selection of systems to use was based on construction schedule, timing, complexity, local

17  trade preference, trade availability, material availability and purchasing preference." (Sept. 15

18  report pp. 13-14).

19          ii).   There is variation in the experience levels of the insulation contractors crew in

20  the application of spray applied cellulose insulation, the equipment used, amount of water used in

21  the installation process.

22          "Several pieces of equipment are needed to install cellulose. There are

23  several manufacturers supplying the industry, and there are also many operators using used

24  equipment. As in any process, maintenance and appropriate user control must be applied to

25  assure uniform quality. While one company may be contracted to do work, many crews, each

26  with their own equipment will result in a potential for wide variation." (Sept. 15 report p. 16).

27          iii).   The Pulte projects where an issue of moisture/mold was observed and

28  remediated, were built during a period of an unseasonably high rainy period in late 2004 early

126758_1.DOC

3

1  2005 that affected the ability of perimeter walls covered by drywall with mirrors, vanities,

2  cabinets and shower enclosures to breath, preventing moisture vapor from venting. [Homes with

3  spray applied cellulose insulation built by Pulte in California prior to and after the excessive rainy

4  period of 2004/2005 have not reported issues with excessive moisture or mold development on

5  drywall or wall fixtures adjacent to drywall.

6        "IBACOS researched weather data from 2003 to 2006 for all zones where Pulte

7  has been building which can be directly related to the California Energy Commission Zones

8  which are areas 8, 10, 13, 14 and 15. From these zones, Solera Apple Valley falls within Zone

9  14. . . . During the months between October 2004 and June of 2005 there is an increase in total

10  monthly rainfall in inches in all climate zones evaluated.  In Victorville, in the California

11  Building Climate Zone 14, the winter rainfall between October and May (inclusive) was 5.30

12  inches in the 2003-2004 winter, while it was 19.31 inches in the 2004-2005 winter.  The rainfall

13  in the 2004-2005 winter was 364% of the 2003-2004 winter. I have attached the Climate Zone 14

14  Monthly Precipitation Chart developed by IBACOS, documenting rainfall from January 2003

15  through January 2007.  (Weather graphs attacked to Exhibit 1).  In 4 of the 5 climate zones, the

16  humidity was also increased in the 2004-2005 winter which reduces the drying potential of any

17  materials that may become wet." (Sept. 15 report p. 28).  From a review of the Pulte construction

18  schedules for the Estates and Solera projects and in particular the homes of the named plaintiff's

19  and other identified homeowners in this case, all of the homes were built during the period of

20  November 2004 through April 2005, when the Victorville area experienced unusually rainy

21  weather.

22        iv).    My investigation and observations made at the Estates and Solera projects

23  [during the remediation process] did not show any signs of mold development inside the wall

24  cavities, on the spray applied cellulose itself or on adjacent framing lumber.

25        "In areas where remediation was needed, the occurrence of mold was on the

26  occupied surface of the wallboard.  Where wallboard was removed during the remediation, no

27  mold was present on the back of the wallboard and not on the framing.  There was no wet

28  cellulose found during remediation, since the insulation does dry and than maintains a moisture

4

**DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION**

1  level based on equilibrium with environmental conditions being similar to wood framing and
2  wall-board moisture contents.  No high levels of moisture are observed and no corrosion of
3  fasteners.  Incidental rust noticed was predominantly on nails associated with wallboard
4  installation." (Sept. 15 report p. 29).

5         v).    The total number of homes remediated by Pulte for a moisture/mold issue is
6  very small (747) out of the 10,682 total homes built by Pulte with spray applied cellulose
7  insulation in Southern California, demonstrating that the issue of when the remediated homes
8  were built during the unseasonably rainy season of 2004/05 was the key factor in the
9  moisture/mold issue at the remediated homes.

10     "The use of blown cellulose insulation was limited to fifty seven (57) of the eighty one
11  (81) communities Pulte built in Southern California.  Approximately ten thousand six hundred
12  eighty two (10,682) homes were built by Pulte in Southern California using blown cellulose
13  insulation.  Seven hundred forty seven (747) homes of the approximately ten thousand six
14  hundred eighty two (10,682) homes built by Pulte in six (6) of the eighty one (81) Southern
15  California communities developed an issue with excessive moisture in the blown cellulose
16  insulation.  Therefore 7% of the homes in Southern California built by Pulte using blown
17  cellulose insulation required some level of remediation for excessive moisture in the blown
18  cellulose insulation and 93% of the homes in Southern California built by Pulte using blown
19  cellulose insulation required no remediation for excessive moisture in the blown cellulose
20  insulation." (November 5 supplemental report p. 1).

21     4.  I am not aware of any homes where mold issues returned to areas of the home that
22  were remediated in the first round of repairs.  All repairs were done with dry insulation materials,
23  and with few exceptions, the insulation used was a fiberglass insulation batt.  The clearance test
24  used to verify that the repair that the repair addressed the issues was deemed to show a successful
25  remediation.  The mold found subsequently behind tub and shower enclosures was isolated from
26  the occupied space by the enclosure itself.  The lack of circulation of air to dry the area behind the
27  enclosure, also served to isolate the occurrences of mold from detection by the clearance test.
28  The second round of repairs was initiated based on a repair/model of a shower enclosure, which

126758_1.DOC

5

1   required removal of the surround, revealing the mold on the surface of the drywall directly behind

2   the surround.

3       5.  I inspected the Segura residence on August 21st and had the opportunity to view all

4   areas in and adjacent to the baths and showers.  There was no sign of mold or other moisture

5   related damage in any of the locations.  There were several housekeeping conditions that showed

6   black, gray, and brown deposits.  The tops of the baseboards were dusty and showed as fuzzy

7   gray dirt.  In the lower corners near tubs and showers there were small deposits of dirt on the

8   intact caulking that were missed during cleaning.  There were brown deposits along the base of

9   the master bath, at the tile line, where cleaning had missed soiled areas, and there were other

10   areas where detailed cleaning was not evident, leaving small sections of surface dirt collected.

11       6.  I reviewed several photos pertaining to the Matalas residence taken by the

12   homeowner.  I am able to identify two photos that appear to show the heads of drywall nails.

13   There is a rusty surface, typical of drywall nails that have been embedded in a layer of drywall

14   finishing compound.  This condition is typical of drywall nails in wet compound.  As many as

15   three layers of compound are applied to finish drywall, so significant water is available to initiate

16   rust.  This however does not represent corrosion, as the cross section of the nail has not been

17   diminished, nor the service condition reduced in effectiveness.  And this rust is as a result of the

18   finishing compound, not the presence of moisture in the cellulose insulation.

19       7.  I have reviewed the paper <u>Mold Infestation of Wet Spray-Applied Cellulose</u>

20   <u>Insulation,</u> (Exhibit R).  The paper suggests that WSACI has the potential to cause elevated

21   airborne mold levels…" and the paper uses four case studies of "four  complaint buildings."

22   Without actually stating it, this paper asserts that the four buildings represent the population of

23   WSACI buildings adequately to reach these general conclusions.  I find this assertion to be

24   incorrect and that there are flaws in presenting these four buildings as anything other than unique

25   cases of buildings with "complaints."

26       i).  The paper asserts that the cellulose insulation was treated with "biocidal borates"

27   but does not present any analysis to demonstrate that there was actually any borate present in the

28   cellulose.

6

1        ii). Building A is a single story home over a basement and crawlspace structure. This

2  is significantly different condition than the homes in California. Basements and crawl spaces are

3  used in colder climates, where frost is a concern. These construction conditions provide

4  environmental moisture far in excess to that of slabs on grade. It is generally understood in the

5  Building Science Industry, that the conditions in crawl spaces and basements can be very wet

6  depending on the condition of footer drainage, ventilation of the crawl spaces, and the condition

7  of the ground cover in the crawl spaces. The insulation sample was taken from the crawl space,

8  with no apparent covering, and in an area exposed to water seepage. This is a defective

9  construction and the conditions are extreme and not representative of the slab on grade homes in

10  any significant way.

11        iii). Building B is a two story brick clad home over a basement. Again, this home is

12  built in a manner consistent with homes in colder climates. The upstairs sample was taken in a

13  bedroom "wall area where WASCI was subject to rewetting by water intrusion through brick

14  veneer." Continuous rewetting of any area of frame construction is likely to result in mold

15  conditions and must be repaired. Mold could occur on the insulation, wood framing or wallboard

16  in these conditions. A measured quantity of spores on a cellulose sample could have been

17  generated in any of the related building products in the area of sampling. There is no mention of

18  the condition of adjacent building materials. The second sample was taken from a garage wall.

19  Garages are typically unconditioned and are seldom sealed against air infiltration. Normal

20  buoyancy will result in an influx of air through openings in a garage wall and exit higher in the

21  building. Insulation in the cavity will act as a filter and could easily be contaminated with various

22  mold spores.

23        iv). Building C is a large metal building with a small attached living area. Steel

24  buildings used for workshops do not represent the construction of homes in the California

25  population under consideration. Metal buildings are highly leaky, having high infiltration rates of

26  outside air. Separation between a small residence and the shop was not described, nor were the

27  conditions of maintenance. Steel construction also has the issue of poor insulation characteristics

28  and can present the high potential for moisture to condense and collect on steel framing and on

7

126758_1.DOC

DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION

1    steel siding.  Both are not conditions of the stucco finished wood frame homes in California.

2        v).   Home D is a large vinyl clad home built on a slab.  Home D is also an unfinished

3    second floor, the area of highest concentrations was not finished, being only gypsum board and

4    taped joints.  With unfinished walls, the flow of moisture by diffusion is much higher.  There is

5    no other description of the condition of finish of this home, but clearly the homes in this case

6    were completely finished and trimmed.  The moisture conditions in the home were not noted,

7    none was the method of sampling.

8        vi).  Samples were taken from locations that had previously been opened by the

9    homeowner.  This condition alone can compromise the ability to assign the mold presence to a

10   condition in the closed wall cavity versus mold introduced from prior human activity.

11       vii).  This data is presented as from air sampling.  However, no reference sampling was

12   described to provide a comparison to determine if a measured concentration was actually

13   elevated.  Many of the mold species described are commonly found on many interior finish

14   materials including carpet and wood materials.  Detailed descriptions are included in the analysis

15   of species, but no detail is included as to the care of maintaining a pristine sampling condition

16   during air sampling.  Human activity can significantly skew the concentrations of air sampling

17   results.

18       viii).  In conclusion, these case studies don't represent the population of California

19   homes  we are concerned with, all are from buildings with documented distress, all have had

20   some human intervention prior to sampling, and neither the conditions of sampling, nor the

21   enclosure characteristics of the buildings allow adequate assurance that these even represent

22   normal construction in the regions where they exist.

23       8.  In conclusion, my opinions as expressed in my September 15 and November 5 reports

24   show that the use of spray applied cellulose insulation at Pulte's Southern California projects

25   involves various issues of fact such as where the cellulose insulation was installed, whether the

26   wall cavity is solely installed with spray applied cellulose or in combination with other insulation

27   materials, the construction schedule applicable to the project, the construction management of the

28   project, the ability and training of the individual insulation crews supplied at the particular project

8

126758_1.DOC

DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION

1  that worked at each home, the insulation crews adherence to the manufacturers specifications for

2  installing and testing the moisture content of spray applied cellulose, the weather and humidity

3  factors at the time the cellulose insulation was installed, the type of equipment used during the

4  cellulose installation.

5

6      I declare under penalty of perjury that the foregoing is true and correct.

7

8  Executed on December   5 , 2008



Bradley Oberg, AIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

126758_1.DOC

**DECLARATION OF BRADLEY OBERG AIA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION**

# EXHIBIT "1"

# WET BLOWN CELLULOSE MOLD ISSUE
# IN THE MATTER OF KINGSBURY VERSUS GREENFIBER™

**Submitted:**

**September 15, 2008**

**Developed for:**

**Pulte Homes**

**Authored by:**

**Bradley Oberg AIA**

**Co-Founder and CTO**

**IBACOS, Inc.**

**2214 Liberty Avenue**

**Pittsburgh, PA 15222**

**(412) 765-3664 Phone**

**(412) 765-3738 Fax**

**Project No: 11042**

*B/ Of AIA.*

**Submitted by Bradley Oberg AIA**

# IBACOS®

© IBACOS, Inc. 2008

The information contained within this report is the property of Pulte Homes and IBACOS and may not be reproduced or used without written permission.

<u>Kingsbury versus GreenFiber™</u>

Sept 15, 2008    Attorney Work Product

Reference Kingsbury vs. US GreenFiber™, Pulte Homes Corporation, Quality Interiors

US District Court, Central District Court of the State of California, County of Los Angeles


IBACOS has been working with Pulte Homes for over ten years in areas of residential construction quality and in the last five years has played an increasing role in the area of construction defect and risk reduction. IBACOS provides preventative inspections for each operating division across North America. IBACOS has been a resource to local construction teams to identify causes and remedies for construction issues.

**Timeline of interaction at Estates and Solara**

June 28 & 29, 2005 IBACOS was called to Apple Valley CA to investigate moisture behind kitchen cabinets. A repair protocols was developed and homes were inspected for further damage.

August 23, 2006 IBACOS was shown the Weatherly community to follow up on complaints of several kitchen cabinets that were discovered to have an orange peel texture to the back and in one instance, a homeowner identified a powder on their counter top, apparently coming from the cabinet above. From this visit, the inspection protocol was developed and a 100% inspection of existing homes in Solara and the Estates were checked.

October 19, 2006 IBACOS visited the market to follow up on the repair protocol. One home was observed at this time. After removal of the cultured marble surround in the shower area it was observed that no mold was present on the interior wall. Mold was present on the outer wall but was considered minor, being less than ten square feet. It was not active at time of observation, as the areas were very dry. This level of mold would have been possible to be cleaned with no containment, simple respirators and good cleaning practices, however, Pulte elected to establish containment for the remediation as a precautionary measure.

This claim proposes that the spray applied cellulose, the conditions found at the Segura residence, 10805 Toyon Court, Apple Valley within the Estates Community residence represent a defect and that the defect is typical of a larger class of all residences insulated with wet spray cellulose "Cocoon", built by Pulte Home Corporation, and insulated by Quality Interiors. I have had the opportunity to review the Segura residence and several of the homes built by Pulte Homes in the Apple Valley community, including homes at the Estates, and at Solara.

I was also able to observe repairs in two homes at Weatherly. Further, during the remediation of the wallboard behind cultured marble in both the Estates and Solara, the remediation contractor performed documentation of the damage and removed and sent samples to IBACOS of the cellulose which was found behind the wallboard. This was done at IBACOS request so that the condition of the insulation could be documented.

In addition to the site visits IBACOS has reviewed portions of the following Pulte documents from 37 individual communities dated from March 2001 through October 2007.

- Contractor Base Agreement – general terms of work
- Project Specifications – type of work and product
- Community Sequence – number of homes and sequence of starts
- Schedule Template – tasks to be completed by numbered work day

This report will describe the conditions observed in the Segura Home and describe conditions there that may have contributed to historical high moisture levels. This report will also describe the conditions and timing of the insulated areas of the homes in the three communities where remediation has been completed that IBACOS is aware of. It will describe the process of (CIMA technical bulletin 3, and GreenFiber™ installation instructions) installing damp spray

**IBACOS**                                                                                     - 1 -

<u>Kingsbury versus GreenFiber™</u>

cellulose, as well as IBACOS's observations of how the manufacturers recommendations for installation may not have been followed, resulting in a high amount of water in some of the cellulose insulation. Through on site examinations, and observation of samples measured in Pittsburgh, we did not see any active mold growth or evidence of active mold growth inside the wall cavity, in close proximity to the cellulose insulation.

The report will describe the drying conditions that are intended for wall cavities as well as measurements that can be made to determine adequacy of dryness.  Increased wetness is introduced during the spray application and particularly when material is being recycled in the application process. The drying conditions are also influenced by the weather at the time of installation. I will show weather data that demonstrates high variability of rain/moisture levels throughout the year as well as differences from location to location.

The location at which mold, interior to the wall board, was located and for which repairs were made, will be described. However it will also be shown that not all locations that had cocoon insulation behind cabinets, mirrors and cultured marble tub and shower surrounds exhibited mold growth.

We also have data that shows that most, but not all walls exhibiting the mold growth were 2x6 frame walls. Some were 2x4 framing, and one group was a double wall comprising a layer of 2x4 framing adjacent to 2x6 framing.

Community Sequence sheets show that homes built in the period of 2001 to 2006 by Pulte, varied in plan and orientation. Plans show that the number of stories, location of kitchens, bathrooms, tubs, and showers differ significantly. And while the majority of these homes were insulated with damp sprayed cellulose insulation, only a small percentage of the homes actually had mold damage. Information on insulation specifications, construction characteristics and community are included.

My opinion is based on this body of information, for which references will be included as the discussion unfolds.

On August 21, 2008 the Segura residence was inspected. 10805 Toyon Court, Apple Valley within the Estates Community

The inspection was made to understand if there were any indications of mold present in the Segura Residence that were alleged in the complaint regarding mold. Spray applied cellulose insulation was used in all exterior wall cavities, based on the construction specifications for the home. No mold or conditions of mold were evident. Nor were there any other obvious defects in areas where the baths or kitchens were located on outside walls. Areas of exterior walls which also were insulated with cellulose showed no cracking of wall board, foundation, or stucco suggesting a structural failure, and no water staining that suggested a location of water intrusion or other water damage, nor was there any obvious indications of mold.

**IBACOS**

- 2 -

Kingsbury versus GreenFiber™

This is an opposite hand floor plan of the Segura residence.  All exterior walls were insulated with spray applied cellulose. The circled areas are  where insulation in exterior wall framing is contained by interior finishes

1. Master Bath. Includes shower, tub, cabinets and mirror

2. Kitchen. Included only end of cabinet run

3. Bedroom 5 bath. Shower  enclosure

No mold or water damage was noted in any of  these or any other locations.



The Segura Residence



IBACOS

Kingsbury versus GreenFiber™

This shower is surrounded with a cultured marble panel system directly applied to the wall board with adhesive spots, in a similar manner to mirrors. As a result of these adhesive spots and a slight texture to the back side of the cultured marble panels, there is a small air space created between the marble and the wallboard surface. It is in this space that moisture from the drying process was trapped and potentially created conditions favorable to mold growth.

There was no indication of mold growth or of enclosure failure in the Segura baths observed.



The conditions of the baths were excellent, showing only minor wear typical of a home that has been occupied for several years.



IBACOS

- 4 -

Kingsbury versus GreenFiber™

| | |
|---|---|
| After construction moisture has been relieved, there are few sources of additional moisture in a home that would cause an adequate build-up of moisture to create conditions to sustain mold growth. Window leaks, roof leaks, and plumbing leaks could contribute moisture to the wall cavity, but none of these issues were reported. |  |
| Exterior landscape and irrigation systems can also have a significant impact on the performance of moisture sensitive materials in the home. This landscaping bed is at the front door and was highly saturated with water.<br><br>High water levels outside the foundation can translate to higher moisture in the region of a baseboard. The baseboard and some of the floor finishes in the room behind this wall were replaced due to high moisture effects. This condition observed could contribute a potential of adequate moisture to damage the baseboard, and does not necessarily include any interaction with the cellulose insulation. |  |

IBACOS

Kingsbury versus GreenFiber™

| | |
|---|---|
| Planting beds have gradually raised the level of the soil around the home. This reduces the ability of the home to dry soil moisture to the outside. |  |
| Three sides of the home have been hardscaped with relatively large expanses of concrete slabs. These slabs must be pitched away from the house to provide drainage. |  |

IBACOS

- 6 -

**40**

Kingsbury versus GreenFiber™

| | |
|---|---|
| Concrete slabs placed on grade require ground preparation with consideration for drainage beneath the slab. |  |
| The home was in excess of 80 degrees F during the visit. The air conditioner was running the entire time of the inspection, approximately 45 minutes. Two windows were fully open. Interior comfort conditions, a combination of temperature control and humidity control, cannot be achieved with operating conditions including open windows. The building systems including the building enclosure and the space conditioning systems work together to provide a comfortable and durable environment. The air conditioning operation not only cools but dries the home. By operating the home with open windows, or leaving the home set at a higher temperature control of humidity cannot be achieved. |  |

IBACOS

- 7 -