Kingsbury versus GreenFiber™

**Construction factors at the Estates and Solara at Apple Valley**

Houses at the Estates and at Solara 1 at Apple Valley were constructed with 2x6 exterior wall framing. There were a total of 611 homes in these two communities of which 247 were remediated for mold.  These homes were 100% inspected so we can be confident that the homes cleared with no remediation had no issues related to the insulation system and wet conditions. Of the 247 that were remediated, not all areas of potential concern actually showed mold growth. So 40% of homes built with 2x6 walls had some remediation needed, and 60% did not need remediation. The number of homes involved is significantly smaller than the actual number of homes in the community today because of specification changes made after the discovery of the issues.  In 2006 damp sprayed cellulose was eliminated as insulation behind cabinets, mirrors and shower/tub enclosures in favor of dry cellulose and in some markets cellulose was dropped and fiberglass insulation was used.

A Moisture Damage Repair Protocol memo Dated August 2005 was written to summarize actions based on observations at that time.

**Construction factors at Solara II**

I was able to inspect homes at Solara II at Apple Valley, which were constructed with 2x4 framing with the exception of the wall behind the laundry room which backed up to the front porch.  There were walls with 2x4 and an add-on of a 2x6 wall to accommodate a dryer duct. Pulte identified these issue areas and all were fully repaired. It was reported to me that these walls were blown to full thickness and the moisture content resulted in severe warping of wood and some mold.

**Construction factors at Weatherly**

I also was able to inspect the homes at Weatherly where the walls were of a 2x4 construction.  In those 53 homes, the mold was contained to areas behind cabinets and exhibited much less moisture availability, and in some cases cabinets were not damaged and just required cleaning.

IBACOS

## Kingsbury versus GreenFiber™

Homes at Weatherly were 2x4 construction and two stories. This differs from the homes at Apple Valley that were one story. The change in home style also changes the construction schedule slightly, in that the time from insulation to cabinet install would be longer, since the wall board process would take one day more. This would partially explain why any impact of overly wet insulation was less extensive. These homes are also in a different climate than Apple Valley



IBACOS

Kingsbury versus GreenFiber™

At Weatherly, the walls were of a 2x4 construction and much less moisture was trapped behind cabinets. The majority of homes were un-occupied, so the corrections were made and specifications changed to dry insulation.

This is different than Apple Valley communities where a much larger expanse of moisture was evident.

In the original October 2005 specification GreenFiber™ cellulose is specified with a change in the October 2006 specification to R13 fiberglass batt insulation.

Weatherly is located at Lake Elsinore CA in California Climate zone 10.



IBACOS

- 10 -

Kingsbury versus GreenFiber™

**Discussion of variation in specification, location and style**

Mass produced homes are not similar to other manufactured products that are produced under controlled conditions and in repetitive systematic environments. While similar steps occur in a similar sequence, each house is a unique product produced by a varying team of trades and executed to generalized plans, rather than well defined and specific manufacturing processes.

Between 2002 and 2006 Pulte/Del Webb built 9541 homes in forty three (43) communities across southern California. The communities cover an area from Bakersfield to the north to El Centro in the south and Irvine at the west to Indio at the east. The area spans seven (7) counties and covers five (5) of the sixteen (16) California Building Climate Zones as defined by the California Energy Commission. The California climate zones are based on energy use, temperature, weather, and other factors. They are basically a geographic area that has similar climate characteristics.

In thirty-four (34) of the forty-three (43) communities wet spray cellulose was a specified an insulation material.

I have been directly able to observe issues at three (3) of the thirty-four (34) communities that have developed a problem with mold associated with high water concentrations in the cellulose from the installation process. The communities are:

- Estates at Apple Valley
- Sun City Solara at Apple Valley
- Weatherly

Further I am aware of repairs that were made though I was not personally able to observe these communities:

- Sun City Shadow Hills
- Oak Valley
- Kern Canyon

In the three (3) communities where I was directly able to observe the issues, repairs took place in different stages.

**Remediation ESTATES AT APPLE VALLEY:** Two rounds of remediation occurred in Apple Valley Estates homes – Round 1 was behind cabinets and mirrors – Round 2 was cultured marble at tub/shower.

- Round 1 behind cabinets and mirrors
  - 152 homes in the development at the time of inspection.
  - 143 homes were inspected.
  - No homes declined inspection.
  - 4 homes did not respond to contact attempts so were not inspected.
  - 103/143 needed no remediation.
  - 40/143 required remediation behind kitchen cabinets / mirrors - 28%.
- Round 2 behind cultured marble at tub/shower surrounds
  - 268 homes in the development at the time of inspection.
  - 249 homes were inspected.
  - 3 homes declined inspection.
  - 28 homes did not respond to contact attempts so were not inspected.
  - 77/249 needed no remediation.
  - 173/249 required remediation behind the cultured marble at tub/shower - 70%.

**Remediation SUN CITY SOLARA AT APPLE VALLEY:** Three rounds of remediation occurred in Sun City Solara at Apple Valley homes – Round 1 was behind cabinets and mirrors – Round 2 was cultured marble at tub/shower – Round 3 was at the laundry room, only 1 plan.

- Round 1 behind cabinets and mirrors
  - 231 homes in the development at the time of inspection.
  - 231 homes were inspected.
  - No homes declined inspection.

IBACOS

Kingsbury versus GreenFiber™

- o   57/231 needed no remediation.
- o   173/231 required remediation behind kitchen cabinets / mirrors - 75%.
- Round 2 behind cultured marble at tub/shower surrounds
  - o   343 homes in the development at the time of inspection.
  - o   307 homes were inspected.
  - o   14 homes declined inspection.
  - o   18 homes did not respond to contact attempts so were not inspected.
  - o   235/307 needed no remediation.
  - o   72/307 required remediation behind the cultured marble at tub/shower - 24%.
- Round 3 at laundry room
  - o   52 homes with the laundry room detail in the development at the time of inspection.
  - o   52 homes were inspected.
  - o   No homes declined inspection.
  - o   11/52 needed no remediation.
  - o   41/52 required remediation in the laundry room - 79%.

**WEATHERLY:** The damage in the homes in the Weatherly community was limited to surface mold at the wall behind kitchen cabinets.
  - o   53 homes in the development at the time of inspection.
  - o   53 homes were inspected.
  - o   No homes declined inspection.
  - o   0/53 needed no remediation.
  - o   53/53 required remediation behind the kitchen cabinets - 100%.

Ten (10) of the thirty-four (34) communities using wet spray cellulose were specified as participating in the Masco Environments for Living® (EFL) program at some level. EFL does not require the use of spray applied cellulose, but cellulose is the material selected by Pulte to meet the specifications of the EFL program.  Six (6) communities were participating at Platinum level, where dry insulation is installed at the roof line, three (3) at Gold, and one (1) at Silver level, both of which have insulation at the ceiling line."
- Estates at Apple Valley - EFL Platinum
- Sun City Solara at Apple Valley - EFL Platinum
- Weatherly – No EFL

Six (6) insulation contractors performed work in the 34 communities that had wet spray cellulose as a specified insulation material. Two (2) contractors did the work at the three (3) communities that that developed a problem with mold associated with high water concentrations in the cellulose from the installation process.
- Estates at Apple Valley - Quality Interiors
  - o   Specification date 12/12/2003
  - o   Green Fiber Cellulose
  - o   EFL Platinum
- Sun City Solara at Apple Valley - SW Wall Systems
  - o   Specification date 9/9/2003
  - o   Green Fiber Cellulose
  - o   EFL Platinum
- Weatherly - SW Wall Systems
  - o   Specification date 10/25/2005
  - o   Green Fiber Cellulose

**IBACOS**

- 12 -

<u>Kingsbury versus GreenFiber™</u>

- o   No EFL

Quality Interiors worked in nine (9) other communities completing work during this time period within similar specifications.
SW Wall Systems worked in seven (7) other communities completing work during this time period within similar specifications.
Three (3) other contractors worked in other communities completing work within similar specifications.

- Walldesign Inc – Promontory Ridge, San Marcos CA
  - o   Specification date 3/28/2001
  - o   Green Fiber Cellulose
  - o   No EFL
  - o   160 homes
  - o   Climate zone 10 – same as Weatherly
- Rancho Valley Builders – Hillcrest Estates, Murrieta CA
  - o   Specification date 3/13/2002
  - o   Green Fiber Cellulose
  - o   No EFL
  - o   137 homes
  - o   Climate zone 10 – same as Weatherly
- Paragon Schmid – Ridgemont Heights, Adelanto CA
  - o   Specification date 11/21/2003
  - o   Green Fiber Cellulose
  - o   EFL Gold
  - o   240 homes between January 2004 and October 2004
  - o   Climate zone 14 – same as Apple Valley

**Insulation differences**

During the period in which the wet cellulose issues were encountered, Pulte built over 9500 homes in 42 markets in Southern California. The vast majority used damp sprayed cellulose, but only a small percentage of all units experienced any issues. Only the six communities of the Estates, Solara, Shadow Hills, Kern Canyon, Oak Valley, and Weatherly had the issues of mold growth due to water in wall insulation applications and subsequent mold growth.
Many of the homes built had similar one story floor plans, but like the homes in Weatherly, many were also two story homes. Local markets supplied homes to meet local market needs and to meet local land use conditions. Each Pulte Division had different architects, Title 24 engineers, purchasing departments, construction management, and trades. Each trade was supplied from different material sources, with different storage and shipping conditions.
Construction schedules ranged from as little a 52 days at the Ridgemont Heights community in Adelanto to 95 days at the Weatherly community in Lake Elsinore. Each plan has a specific schedule. The schedule can also vary from plan to plan within the same community such as in the Estates at Apple Valley where the number of days in the schedule varies from 62 days to 67 days . The insulation task falls just before the middle of the schedule and allows for 1-3 days in the schedule depending on the size of the house with an additional day for inspection. The actual trade work is contingent on the prior trade's completion of work. The schedule accounts for work days and does not include down time for the weekend. For example if a phase is completed on a Friday, the subsequent work may not begin until the following Monday. However when market conditions demand the schedule can be compressed by trades working longer hours in a given day or working over the weekends to get more done within the allotted time. All of these differences change the rate at which construction materials were enclosed, and the opportunity for materials to dry. Insulation is installed using many materials and by many differing methods. In many of the homes in California, and even in the Inland Empire market, multiple systems of insulation are used together. In the homes built by Pulte in the Apple Valley communities, Damp spray wall insulation, installed in 2x4

IBACOS

- 13 -

Kingsbury versus GreenFiber™

and 2x6, and in double framed walls was used. Also, damp sprayed wall insulation was installed in walls enclosed by at least one side of a spun bonded fabric, where a surface was not present to spray against, or where, as behind a fire place chase, the wall framing would not receive a second skin to enclose the insulation. Attics were installed with dry materials Pulte and other builders also used fiberglass insulation in batt form and loose fill, as well as dry fiberglass blown behind a net, and recently an adhesive bonded open cavity application of spray applied fiberglass insulation. Further, many builders would use fiberglass in some applications in the walls and blow cellulose in attics, or would use fiberglass in some locations and mix it with adjacent locations having some form of cellulose. The selection of systems to use was based on construction schedule, timing, complexity, local trade preference, trade availability, material availability, and purchasing preference.

In the instance of the two communities in Apple Valley, Solara and the Estates, damp spray cellulose was installed in both 2x4 and 2x6 walls.

**Installation of Cellulose Variability and Issues**

The installation of cellulose damp sprayed wall insulation is a process with great variability possible. The manufacturers of cellulose insulation are required by the FTC to conduct testing to determine methods for consistent installation resulting in a predictable R-value. The Cellulose Manufacturer's Association has produced a technical bulletin#3 addressing the installation of wall cavity insulation. They emphasize the control needed to appropriately utilize the damp recycled product and the need to reduce spray amounts.

In order to provide a basis of opinion on whether the wet blown cellulose was installed per the manufacturer's guidelines, a sampling protocol was needed. The following industry and manufacturer guidelines were used:


**Cellulose Insulation Manufacturer's Association (CIMA)**

**CIMA Technical Bulletin #3-- Standard Practice for Installation of Sprayed Cellulosic Wall Cavity Insulation (updated: 12/98) http://www.cellulose.org/cellulose_bulletins.html**


*"Adjust the blower machine and pump according to manufacturer's recommendations. Refer to manufacturer's recommendations for the correct pressure settings for the nozzle in use. Normally the liquid to fiber ratio should be 0.3 to 0.4 pounds of water per pound of fiber. This ratio should give you about 30% to 40% moisture in the initially installed product."*


**GreenFiber™ (manufacturer)**

**Coccon2 Stabilized Borate Formula Insulation Fact Sheet www.cocooninsulation.com**

IBACOS

Kingsbury versus GreenFiber™

## THIS IS COCOON2® STABILIZED BORATE CELLULOSE INSULATION

| Cocoon 2 Stabilized Borate Formula | | 30 lb. Bag | Product # INS735 | |
|---|---|---|---|---|
| R-value at 75°F Mean Temp | Minimum Thickness (inches) | | Maximum Net Coverage (No Adjustment for Framing) | |
| To Obtain a Thermal Resistance(R) of: | Installed Insulation Should Not Be Less Than: | Thickness After Settling | Maximum Square Feet per Bag | Minimum Bags per 1,000 Square Feet | Minimum Weight per Square Foot (lbs.) |
| R-11 | 3.1 | 3.0 | 100.7 | 9.9 | 0.298 |
| R-13 | 3.6 | 3.5 | 80.2 | 12.5 | 0.374 |
| R-19 | 5.3 | 5.1 | 48.3 | 20.7 | 0.621 |
| R-20 | 5.6 | 5.4 | 45.2 | 22.1 | 0.664 |
| R-21 | 5.9 | 5.7 | 42.4 | 23.6 | 0.708 |
| R-22 | 6.1 | 5.9 | 39.9 | 25.1 | 0.752 |
| R-24 | 6.7 | 6.5 | 35.8 | 28.1 | 0.842 |
| R-30 | 8.4 | 8.1 | 26.8 | 37.4 | 1.121 |
| R-32 | 8.9 | 8.6 | 24.6 | 40.6 | 1.217 |
| R-38 | 10.6 | 10.3 | 19.8 | 50.4 | 1.513 |
| R-40 | 11.1 | 10.8 | 18.6 | 53.3 | 1.613 |
| R-44 | 12.3 | 11.9 | 16.5 | 60.6 | 1.818 |
| R-48 | 13.4 | 13.0 | 14.8 | 67.5 | 2.026 |
| R-50 | 13.9 | 13.5 | 14.1 | 71.0 | 2.131 |
| R-60 | 16.7 | 16.2 | 11.2 | 89.0 | 2.670 |
| Sidewalls (Furred Walls at 2.7 PCF, Stud Walls at 2.7 PCF) | | | | | |
| Sidewalls | Framing | Minimum Thickness (inches) | Maximum Coverage Sq. Ft. per Bag | | Minimum Weight per Sq. Ft. (lbs.) |
| | | | 16" o.c. | 24" o.c. | |
| R-2.8 | Furring | 0.75 | 196.2 | 189.6 | 0.169 |
| R-3.7 | Furring | 1.0 | 147.1 | 142.2 | 0.225 |
| R-5.5 | Furring | 1.5 | 98.1 | 94.8 | 0.338 |
| R-7.4 | Furring | 2.0 | 73.6 | 71.1 | 0.450 |
| R-13 | (2x4) | 3.5 | 42.0 | 40.6 | 0.788 |
| R-20.4 | (2x6) | 5.5 | 26.8 | 25.9 - 1.2 1 | 1.238 |
| R-26.8 | (2x8) | 7.25 | 20.3 | 19.6 | 1.631 |
| R-34.2 | (2x10) | 9.25 | 15.9 | 15.4 | 2.081 |
| R-41.2 | (2X12) | 13.125 | 13.2 | 12.8 | 2.503 |

Coverage chart is based on settled thickness and is for estimating purposes only. Do not exceed maximum square foot coverage per bag. Actual coverage will be influenced by job conditions and application techniques and may vary as much as 10% without significantly affecting the stated R-Value. Failure of the installer to provide at least the required number of bags per 1,000 sq. ft. and at least the minimum thickness may result in a lower installed R-Value. This product is intended for spray-applied application. This coverage chart does not apply to dry close-fill application. To obtain optimum performance from this product, we recommend maintaining applied moisture content within a 14-22% range for floor and ceiling applications, and between 25-35% for wall applications. Coverage chart is based on a nominal bag weight of 30 lbs.

<u>Kingsbury versus GreenFiber™</u>

The optimum use of cellulose material in the wall application is approximately 2.7 pounds density. This density is achieved by spraying the cellulose through the delivery nozzle and adding a small amount of water to reach a 20% to 25% additional weight. So for every pound of insulation delivered to the wall system an additional ¼ pound of water is added. CIMA refers to a limit of 0.3 to 0.4 lbs of water, slightly higher than the GreenFiber™ recommendations.  At these conditions, the cavity is filled with cellulose of appropriate density and creates a stable pack that will not shrink or settle as the insulation dries. CIMA warns that excess moisture will create a pack of greater weight that will exhibit shrinkage. The conditions of spraying are not limited to water addition, but also include holding the nozzle essentially in a horizontal orientation, 5 to 10 degrees downward according to CIMA, and at a moderate distance from the cavity. If the nozzle is too close, the air pressure will erode the material creating higher volumes of recycled materials,  and if too far away, the density will not be adequate to create the target 2.7 to 3 pcf. It is clear that applicator experience is critical.

The amount of water varies significantly in the spraying process. At 25% to 30% additional water, drying occurs very rapidly since the water quantity is relatively small and the insulation matt is quite open to air circulation. As water quantities increase due to recycled moist cellulose and applicator application of excess water, not only does more water need to dry out, but the cellulose insulation pack becomes less open and drying is slowed. Since crews are staffed differently and have differing levels of training and experience, these water levels change significantly and therefore so does any potential to provide adequate water for support of mold growth.

Several pieces of equipment are needed to install cellulose. There are several manufacturers supplying the industry, and there are also many operators using used equipment. As in any process, maintenance and appropriate user control must be applied to assure uniform quality. While one company may be contracted to do work, many crews, each with their own equipment will result in a potential for wide variation. The main piece of equipment is the blowing machine that is comprised of a hopper to hold materials, a compressor to generate airflow to carry the material through the hose, a hose of 2 to 2 ½" diameter to produce a balance flow of materials. And a nozzle of 2 to six spray tips to apply water at the delivery end of the transport hose. The operator adjusts the flow through the spray tips to balance the amount of water to cellulose being delivered.  Cellulose is recycled during the application process by using a wall scrubber that trims the cellulose pack to the thickness of the wall framing, and a vacuum that picks up the trimmed and overspray cellulose and delivers it back to the spray hopper. The crew member in the truck, feeding the hopper of the blowing machine is supposed to assure that returning wet cellulose is mixed adequately with new dry cellulose. This is a careful balance and relies on the crew member spraying the cellulose to adjust the flow of water spray so as to not add too much water. There were examples of inconsistency in maintenance of moisture levels, however, even these areas have the potential to dry with adequate drying time. The possibility for the insulation to have been installed too wet can be accommodated with testing by the installer and adjustments to schedule to provide the opportunity for drying.

The result of poor water control, and large amounts of over spray, was increasing the moisture content in the insulation pack. Two on site observations can help explain this conclusion.

In July 2005, I was able to observe two recently insulated homes at the Weatherly community. The insulation installed immediately inside the garage wall was slightly damp. As one walked clockwise around the home, following the work pattern of the installers, the cellulose became increasingly wet.  The highest moisture was in the room just to the right of the entrance.  The insulation in the first section would pack loosely, while the insulation in the last areas would pack firmly. This suggested the increasing moisture tendency.

In early 2006, I was able to visit the site and observe again, this time after the dry pack installation was specified for behind cabinets and bath components. These areas were netted and intended for dry applications.  It again appeared that the installers worked clockwise through the home.  The kitchen was the second room to be done and the cellulose behind the netting was basically dry. However, as I reached the middle of the back wall, the cellulose behind the netting at the fireplace was wet. A meter showed the "dry" insulation to be in the 25% moisture range.  As I reached the baths to the right of the entrance, the cellulose behind the netting was at 40% moisture.  The adjacent damp spray cavities were much higher.  I have to conclude that the operator simply turned off the water to the nozzle and filled the cavities behind mesh

**IBACOS**

Kingsbury versus GreenFiber™

with whatever came out of the hose. The fact that this "dry" area was high in moisture indicated that a high amount of recycled cellulose was bringing in excess moisture, and that the addition of spray at open cavities would push the insulation well over the range that would allow drying in any short time.

These observations of elevated moisture during application are confirmed from observations of samples taken from behind the tub and shower enclosures during the last round of repairs. In this discussion, it is important to understand that the packing of the cellulose to a nominal density of 2.7 to 3 pcf is needed to generate the R-value specified. In order to achieve the target density, the added water both serves to bind the insulation, but also creates a mixture of enough mass that the inertia results in a packing. As additional water is added the inertia is increased and the pack density increases. Higher moisture makes the pack heavy and there tends to be settlement.

With the samples taken from the repairs and the density to R-value curves published by GreenFiber™, the water content to density can be extrapolated. This analysis suggests poor control in water addition and densities of cellulose installation that have not been observed or reported anywhere else. The water content represented by the high density is a major contributing factor to the growth of mold in the areas where limited drying was available.

IBACOS

Kingsbury versus GreenFiber™

Remediation work was completed by EnviroCheck. The repairs to bath and shower enclosures were based on the visual inspection of the wall board behind the cultured marble or shower surround.

If no mold was visible, the moisture level of the drywall was tested to verify it was not fostering mold growth. If those test results were acceptable, the cultured marble was replaced and any scratches were repaired and repainted. New shower doors and enclosures were installed where necessary.

If mold was detected, the room was completely contained and all drywall and insulation behind the marble surrounds were removed. These contaminated materials were bagged and sealed and then disposed of properly. During the removal process, a Scrubber fan was constantly running at negative pressure to remove any mold spores from the air. As reported, no mold was seen or found within the wall cavity or the installed cellulose insulation.





IBACOS

- 18 -

Kingsbury versus GreenFiber™

| After the contaminated materials were removed, the wall cavities were HEPA vacuumed and sealed with tape and then sprayed with a paint sealer to protect the studs during re-construction. |  |
|---|---|
| The room was then completely cleaned and after 24 hours of running the Scrubber fan, an air sample was taken and compared to samples from the exterior and adjacent room. When the results were acceptable, the cavities were filled with fiberglass insulation and sheathed with DensShield. |  |

**IBACOS**

Kingsbury versus GreenFiber™

| All finishing materials were then replaced and a final cleaning was done. |  |
| --- | --- |

## Kingsbury versus GreenFiber™

Samples for evaluation were taken as remediation work was in process. The samples were taken from bathrooms only and removed from top and bottom sections of the wall cavity. The sample taken was sized to fit a 14 ½ x 10 x 5 ½ inch box. Each box was labeled with an address, room and wall location.



Samples were then sent back to IBACOS (in Pittsburgh) for evaluation. Each box was recorded and weighed upon receipt.



## Kingsbury versus GreenFiber™

An estimate of the packed cellulose volume was made by a series of measurements determining how much of the box was filled.



Additional observations found clusters of higher densely packed cellulose within the boxed sample. The clusters were taken from random box samples and a cluster density was estimated.



**IBACOS**

## Kingsbury versus GreenFiber™



Each box and cluster densities were then sorted and plotted. The two series of bar graphs indicate wall location with the upper bars representing the top of the cavity and the lower bars showing the bottom of the cavity. This information was part of a presentation titled Cellulose Presentation and made to Green Fiber on March 9, 2007.





Kingsbury versus GreenFiber™

Using the typical box weight, the packed cellulose density at different locations in the cavity were calculated and compared to the CIMA and GreenFiber™ recommended installed density (after drying) of 2.7 -3.0 #/cubic foot



The overall (all wall locations) sampled density population illustrates a uniformly installed product but well above the target density. The population above this density represents the homes remediated for mold removal.



## Kingsbury versus GreenFiber™

The same was found to be true of the cluster densities found within the box.



Using the above protocol the overall target installed dry density of 3.0 lbs/cu. ft. was only accomplished in approximately 15 % of the 344 boxes evaluated (red shaded area).



Kingsbury versus GreenFiber™

Based on the data gathered, a direct relationship between the observed dried densities and the moisture content at time of installation can be made. While the green boxed area is the recommended installed range, 30 -40%, the data shows that moisture contents were high in the majority of the samples measured.



**Hygrothermal performance of Cellulose**

Cellulose insulation is only one of many construction products or processes that are installed wet. Concrete is a wet process, used in every home in the country. It takes as long as two years for concrete to reach equilibrium moisture levels. Drywall finishing, including joint treatment and painting are wet processes that dry out. And several insulations, including cellulose are installed wet. Fiberglass systems are adhesively bonded and sprayed onto surfaces and into cavities, and they dry out. Some open celled polymer foams are expanded with water to achieve their installed density, and they dry out. And cellulose is installed with the addition of water and cellulose systems dry out.

Cellulose and other construction materials, pretty much all materials other than solid metal and glass, have a porous structure that allows them to interact with the environment. Materials achieve a condition of moisture equilibrium based on the availability of moisture in the environment to balance out. The warmer the air, the more moisture that the air can hold. Materials don't pull moisture out of the air; they reach a balance with it. At normal conditions wood framing members can reach equilibrium in the 5 to 12 % moisture by weight which is below 18% which is considered wood saturation. Under normal conditions, cellulose insulation also reaches equilibrium. These material properties are carefully studied so that models can be created to understand moisture performance. Refer to Ken Wilkes Presentation to see what Oak Ridge National Laboratory does to measure properties to use in the best moisture model available, WUFI. Cellulose does not perform significantly differently than other construction materials; it does not seek out water. Recent code changes have even reduced the requirement for vapor retarders behind wall board, since they recognize that with modern building materials, the exterior layers of the building are much less permeable, and that the dominant drying path is to the interior through the wall board layer.

**IBACOS**

- 26 -

Kingsbury versus GreenFiber™

In order to reach the high levels of fiber saturation it is necessary for the relative humidity to be very high, nearly at saturation. Since the southern California market is a cooling dominated climate region, the walls tend to be warmer than the interior, and the moisture is moving predominantly inward to a dry condition. Any moisture event in a finished wall would begin drying by re-distributing in the local region, and then move inward to the dryer conditions of the interior. This behavior is supported by the WUFI models and testing. In Northern climates the drying direction is less consistently inward, and in the coldest periods of the year there can be some condensation toward the exterior. Building designers are aware of these issues and the code addresses them by requiring different solutions for vapor control in those climates.

Major cellulose manufacturers test their products to meet the ASTM standards and avoid materials performance issues. The early history of cellulose insulation not having uniform performance characteristics was addressed by the Consumer Products Safety Commission. Cellulose is tested for installed R-value, which relies on density and moisture at installation. Cellulose is also tested for fire resistance and to assure that the added fire retardant chemicals do not contribute to corrosion of construction components.

There are other wetting events in the life of a home as well. It is not uncommon for rain to saturate a home during framing or even during mechanical phases before the roof is full completed. Some incidental rust may occur on any exposed iron or steel, but this is not considered corrosion, nor would this be considered a potential for structural failure. For example, nails used to secure wallboard frequently exhibit small amounts of rust on their heads when the compound is removed for repairs, or under a nail pop. This is a short term condition, will not create any failure condition, yet is frequently seen. Long term exposure to unintended moisture can contribute to fastener failure, but this would take a concentrated amount of water over a long period of time. Cellulose insulation has several testing standards published by ASTM for testing of materials to prevent the material contribution to a corrosive environment. Refer to ASTM Standards and CIMA overview statement.

**Different performance levels above code**

Cellulose is included in advanced homes as a key feature to achieve higher performance.

Sun Lakes Development: A Building America case study of high performance construction specifies cellulose as an important strategy to achieve high performance. The Department of Energy requires that the programs be cost neutral, and yet in this project and additional $750 was invested to achieve the insulation specification using cellulose. Clearly this is a value added decision and not a substitute of a lesser cost material.

**Different climate (annual effect)**

California is divided into 16 distinct climate regions based on heating and cooling demands and the availability of moisture or dry conditions. When weather is added to climate, it is unlikely that any two populations of homes would experience similar conditions for any significant period of construction. Two (2) of the six (6) communities that developed a problem with mold associated with high water concentrations in the cellulose from the installation process are in climate zone 14, Two (2) of the six (6) communities that developed a problem with mold associated with high water concentrations in the cellulose from the installation process are in climate zone 10. One (1) is in Zone 13. One (1) is in Zone 15.

- Estates at Apple Valley – Zone 14
- Sun City Solara at Apple Valley – Zone 14
- Weatherly – Zone 10
- Sun City Shadow Hills – Zone 15
- Oak Valley – Zone 10
- Kern Canyon – Zone 13

IBACOS

Kingsbury versus GreenFiber™

**Different weather (effect at time of building)**

IBACOS researched weather data from 2003 to 2006 for all zones where Pulte homes has been building which can be directly related to the California Energy Commission Zones which are zones 8, 10,13,14 and 15. From these zones Pulte Solara Apple Valley falls within Zone 14. All of these zones have different climates Zone 8 and 10 are closer to the coastal region of the state, 13 and 14 are in the valley regions and 15 is in the desert like region. During the months between October 2004 and June of 2005 there is an increase in total monthly rainfall in inches in all climate zones evaluated. As seen in Victorville, in the California Building Climate Zone 14, the winter rainfall between October and May (inclusive) was 5.30 inches in the 2003-2004 winter while it was 19.31 inches in the 2004-2005 winter. The rainfall in the 2004-2005 winter was 364% of the 2003-2004 winter. In 4 of the 5 climate zones, the humidity was also increased in the 2004-2005 winter which reduces the drying potential of any materials that may become wet. The amount of rain events starting from October 2004 increased in quantity up until March of 2005 and slowly tapered off till June of 2005.

Each climate zone has its own different weather patterns that are significantly different than the weather patterns of an adjacent zone. This is an important fact that must be noted because cellulose that is installed in the same manner in different climate zones will behave differently because of the differing precipitation and relative humidity patterns.



Please reference attached weather graphs in appendix A.

Kingsbury versus GreenFiber™

**Summary**

The incidents of mold generated on the interior face of wallboard, behind cabinets, mirrors, and tub and shower enclosures are specific to the homes in the six communities affected. Damp spray insulation was used in over 9000 homes, built by different crews, insulated by different crews, in different climates and in different weather. Only 749 homes were observed to actually have mold issues. This is a very small percentage of homes of the total population. After the period of time that the majority of mold was identified, Pulte changed the specification for insulation behind the problem areas to a dry insulation; however, the remaining walls were still insulated with damp spray cellulose, with no incidents of mold. Subsequent to this specification change damp spray insulation was removed from the specification entirely and dry blown cellulose or fiberglass batts were used.

In areas where remediation was needed, the occurrence of mold was on the occupied surface of the wallboard. Where wallboard was removed during a remediation, no mold was present on the back of the wall board, and not on the framing. There was no wet cellulose found during remediation, since the insulation does dry and then maintains a moisture level based on equilibrium with environmental condition being similar to wood framing and wallboard moisture contents. No high levels of moisture are observed and no corrosion of fasteners. Incidental rust noticed was predominantly on nails associated with wallboard installation.

The manufacture of cellulose insulation is controlled by several ASTM standards, which are used by producers of cellulose insulation to establish standards. These standards include methods to test for installed R-value, which further describes the density and moisture content needed to achieve consistent R-value. The installation is described in GreenFiber™ literature and is generically described in CIMA bulletin #3. Materials delivered are also frequently tested for fire resistance and corrosion control. Pulte used GreenFiber™ as their source of insulation out of the desire to rely on a quality national producer.

The weather conditions during the late 2005 period were exceptionally rainy and more humid than normal. This would temporarily reduce the rate of drying of any wet process, and would contribute to slower drying of the cellulose insulation. It also has been shown that the Pulte Homes built in California are built in several different climates, each climate has different weather conditions, and even if construction was equal in all aspects, the building components would respond differently to different weather conditions.

The Segura residence was inspected in an attempt to understand where the complaints of mold might originate. No mold or any other damage was noticed in any of the baths or kitchen area, and no damage or mold was observed on any of the other insulated exterior walls.













# EXHIBIT "2"

# WET BLOWN CELLULOSE MOLD ISSUE
# IN THE MATTER OF KINGSBURY VERSUS GREENFIBER™
# SUPPLEMENT REPORT

**Submitted:**

**September 15, 2008**

**Supplemented November 5, 2008**

**Developed for:**

**Pulte Homes**

**Authored by:**

**Bradley Oberg AIA**

**Co-Founder and CTO**

**IBACOS, Inc.**

**2214 Liberty Avenue**

**Pittsburgh, PA 15222**

**(412) 765-3664 Phone**

**(412) 765-3738 Fax**

**Project No: 11042**

*B Of AIA.*

**Submitted by Bradley Oberg AIA**

# IBACOS®

© IBACOS, Inc. 2008

The information contained within this report is the property of Pulte Homes and IBACOS and may not be reproduced or used without written permission.

Kingsbury v GreenFiber™
Supplement

November 5, 2008     Attorney Work Product

Reference Kingsbury vs. US GreenFiber™, Pulte Homes Corporation, Quality Interiors

US District Court, Central District Court of the State of California, County of Los Angeles


IBACOS has made further observations on four (4) homes in the Estates at Apple Valley community on October 30, 2008 requiring IBACOS to supplement the previous report dated September 15, 2008.  Comments on those observations are included in this supplement.  In addition information has been provided to IBACOS by Pulte Homes requiring IBACOS to restate the Pulte Homes construction statistics for the years 2001-2008.

In Southern California, Pulte homes built fourteen thousand four hundred thirteen (14,413) homes in eighty one (81) communities between January 1, 2001 and September 30, 2008. The use of blown cellulose insulation was limited to fifty seven (57) of the eighty one (81) communities Pulte built in Southern California. Approximately ten thousand six hundred eighty two (10,682) homes were built by Pulte in Southern California using blown cellulose insulation. Seven hundred forty seven (747) homes of the approximately ten thousand six hundred eighty two (10,682) homes built by Pulte in six (6) of the eighty one (81) Southern California communities developed an issue with excessive moisture in the blown cellulose insulation. Therefore 7% of the homes in Southern California built by Pulte using blown cellulose insulation required some level of remediation for excessive moisture in the blown cellulose insulation and 93% of the homes in Southern California built by Pulte using blown cellulose insulation required no remediation for excessive moisture in the blown cellulose insulation.

The six (6) Southern California communities that had an issue with excessive moisture in the blown cellulose insulation had insulation work performed by six (6) contractors. The communities and associated contractors are:

- Estates at Apple Valley
  - Southwest Wall Systems
  - Quality Interiors
- Solera I at Apple Valley now known as Sun City at Apple Valley
  - Southwest Wall Systems
  - Quality Interiors
- Weatherly at Canyon Hills
  - Southwest Wall Systems
  - Paragon Schmid
- Sun City Shadow Hills
  - Quality Interiors
  - Wall Design
- Estates at Oak Valley
  - Southwest Wall Systems
  - Ranch valley Builders
- Solera Kern Canyon
  - Paragon Schmid
  - Western Insulation

**IBACOS**

- i -

Kingsbury v GreenFiber ™
Supplement

As previously stated in the September 15, 2008 report the communities of Solera I and Estates at Apple Valley had six hundred eleven (611) homes constructed when an issue with excessive moisture in the blown cellulose insulation was identified. Three hundred twenty five (325) of the six hundred eleven (611) homes required some level of remediation. Therefore 53% of the homes in these two communities required some level of remediation and 47% of the homes in these two communities required no remediation.

The Weatherly community had fifty three (53) homes constructed when an issue with excessive moisture in the blown cellulose insulation was identified. Fifty (50) of the fifty three (53) homes were inspected. Three (3) did not respond to Pulte's request to inspect. Thirty (30) of the fifty (50) that were inspected required some level of remediation. Eighteen (18) of the fifty (50) that were inspected required no remediation. One (1) home of the fifty (50) that was inspected was bank owned at the time and therefore did not get remediated. One (1) of the fifty (50) that was inspected declined to have any remediation performed.

In Northern California, Pulte Homes built 14,630 homes in 115 communities between January 1, 2001 and September 30, 2008. The use of blown cellulose insulation was limited to one (1) of one hundred fifteen (115) communities in Northern California. Sixty three (63) homes were built using blown cellulose insulation in the one (1) community Pulte built in Northern California using blown cellulose insulation. No issues with excessive moisture in the blown cellulose insulation were identified in the one (1) community in Northern California.

On Oct 30, 2008 IBACOS visited four homes in the Estates at Apple Valley community to observe their condition and determine if there were any evidence of current mold growth or any indication of water intrusion potential that might provide a water source that would support mold growth.

The following seventeen (17) pages contain photos from the October 30, 2008 visit with descriptions of the observations made. These homes were very similar in many aspects so not all photos were used to provide descriptions of the condition in all homes. The full set of photos is included as pdf attachments to this memo.

This report is based on information currently developed by or provided to IBACOS, discovery is continuing and the author reserves the right to update and amend this report accordingly.

**IBACOS**

- ii -

Kingsbury v GreenFiber™
Supplement

### 10889 Aster Lane

### (opposite hand)

This home was inspected to determine if there were obvious conditions that would indicate either current mold issues or the possibility that current construction conditions would result in the availability of water to allow mold growth to occur.

Specifically all rooms where cabinets or bath enclosures would restrict the drying of a damp cellulose pack were inspected. Also the wall areas adjacent to these rooms and the exterior in general and specifically at the bathrooms and kitchen were inspected.

No condition of current mold presence, nor the indication of any moisture damage was observed. Rooms adjacent to the critical areas showed no indication of dampness or mold. The exterior was in excellent condition with no degradation of the stucco or flashings that would present a wetting opportunity during a rain event.



Kingsbury v GreenFiber ™
Supplement

The home at 10889 Aster is a one story stucco home on a slab foundation



**10889 Aster Lane**

The master bath has a partial height enclosure at the tub. Areas adjacent to the tub showed no dampness or mold



**10889 Aster Lane**

**IBACOS**

Kingsbury v GreenFiber™
Supplement

The base of this shower enclosure was well maintained and caulked



**10889 Aster Lane**

The wall behind the toilet showed dirt staining but no signs of wetness or mold



**10889 Aster Lane**

IBACOS

Kingsbury v GreenFiber™
Supplement

Caulking at this window sill was showing signs of splitting and should have maintenance work done to maintain an easily cleaned surface. Window weeps were open and capable of draining.



**10889 Aster Lane**

Caulking around shower in second bath needs to be maintained. This is a normal homeowner responsibility and was only observed as an issue in this one bathroom



**10889 Aster Lane**

**IBACOS**

- 4 -

Kingsbury v GreenFiber™
Supplement

Deep window sills were in good shape and showed no sign of moisture. The weeps were open and clear.



**10889 Aster Lane**

The yard was supplied with irrigation in multiple zones. There was not any evidence of over watering or ponding. There was good separation between the weep screed and concrete flatwork and ground conditions consistently.



**10889 Aster Lane**

**IBACOS**

Kingsbury v GreenFiber™
Supplement

### 10888 Aster Lane

This home was inspected to determine if there were obvious conditions that would indicate either current mold issues or the possibility that current construction conditions would result in the availability of water to allow mold growth to occur.

Specifically all rooms where cabinets or bath enclosures would restrict the drying of a damp cellulose pack were inspected. Also the wall areas adjacent to these rooms and the exterior in general and specifically at the bathrooms and kitchen were inspected.

No condition of current mold presence, nor the indication of any moisture damage was observed. Rooms adjacent to the critical areas showed no indication of dampness or mold. The exterior was in excellent condition with no degradation of the stucco or flashings that would present a wetting opportunity during a rain event.



**IBACOS**

- 6 -

Kingsbury v GreenFiber™
Supplement

This shower enclosure is on the outside wall with plumbing in the outside wall and adjacent to an exterior window. No signs of mold or water damage were observed in this bathroom.



**10888 Aster Lane**

This space is adjacent to the master tub. Because of reduced air circulation in this small space, water or moisture issues would be more likely to show if they exist.  There were no moisture issues in the small recess or in the cabinet adjacent.



**10888 Aster Lane**

**IBACOS**

- 7 -

Kingsbury v GreenFiber™
Supplement

Adjacent to the toilet in the master
bath, no moisture or mold observed, no
baseboard distress or any sign of mold.



**10888 Aster Lane**

The laundry area is on a wall adjacent
to the garage. The cabinets are
touching an insulated wall on the right
end. Examination showed no sign of
moisture damage or mold presence



**10888 Aster Lane**

**IBACOS**

- 8 -

Kingsbury v GreenFiber
Supplement

A common nail was found in the wall board near an insulated wall. No signs of rust or corrosion were observed.



**10888 Aster Lane**

The exterior of windows at bathrooms, in insulated walls were observed. The weeps were open and the stucco in generally sound condition.



**10888 Aster Lane**

**IBACOS**

Kingsbury v GreenFiber
Supplement

**IBACOS**

Kingsbury v GreenFiber
Supplement

### 10824 Aster Lane

This home was inspected to determine if there were obvious conditions that would indicate either current mold issues or the possibility that current construction conditions would result in the availability of water to allow mold growth to occur.

Specifically all rooms where cabinets or bath enclosures would restrict the drying of a damp cellulose pack were inspected. Also the wall areas adjacent to these rooms and the exterior in general and specifically at the bathrooms and kitchen were inspected.

No condition of current mold presence, nor the indication of any moisture damage was observed. Rooma adjacent to the critical areas showed no indication of dampness or mold. The exterior was in excellent condition with no degradation of the stucco or flashings that would present a wetting opportunity during a rain event.



**IBACOS**

Kingsbury v GreenFiber™
Supplement

Overall view of master bath shows Shower enclosure, Tub, and cabinets located on exterior walls. The region of wall around each of these components was inspected for any evidence of moisture damage orpresence of mold. In all cases no mold growth or misture damage was observed.



**10824 Aster Lane**

Corner windows were inspected both on the interior and exterior and showed no signs of water intrusion. The weeps were open and the stucco exterior in good condition.



**10824 Aster Lane**

**IBACOS**

- 12 -

Kingsbury v GreenFiber™
Supplement

Wall areas blocked by barrier materials including mirrors and paintings sowed mold in the homes before remediation. This mirror was leaning on an outside wall providing similar conditions to that described above.



**10824 Aster Lane**

This is a photo of the wall area behind the mirror, showing no signs of moisture or mold at all.



**10824 Aster Lane**

**IBACOS**

- 13 -

Kingsbury v GreenFiber ™
Supplement

The edge of the shower enclosure was in good condition and the wallboard around the enclosure showed no signs of moisture or mold



**10824 Aster Lane**

Much of the exterior of the home was surrounded by homeowner installed concrete slabs. The slabs had positive slope away from the home and were adequately spaced below the weep screed. The condition of the stucco was good and there were no particular areas that would suggest a potential for significant water intrusion. .



**10824 Aster Lane**

IBACOS

Kingsbury v GreenFiber
Supplement

### 19726 Chicory

This home was inspected to determine if there were obvious conditions that would indicate either current mold issues or the possibility that current construction conditions would result in the availability of water to allow mold growth to occur.

Specifically all rooms where cabinets or bath enclosures would restrict the drying of a damp cellulose pack were inspected. Also the wall areas adjacent to these rooms and the exterior in general and specifically at the bathrooms and kitchen were inspected.

No condition of current mold presence, nor the indication of any moisture damage was observed. Rooma adjacent to the critical areas showed no indication of dampness or mold. The exterior was in excellent condition with no degradation of the stucco or flashings that would present a wetting opportunity during a rain event.



**IBACOS**

- 15 -

Kingsbury v GreenFiber
Supplement

This bath was similar to others inspected on this day, The master shower is adjacent to the tub and cabinets, all on an outside wall. No mold or moisture was observed in this bathroom. Note the wall paper border on the ceiling wall intersection.



__19726 Chicory__

The adhesive surface behind wall paper is an area of easy mold growth if conditions exist where the exterior wall contained excess moisture. Since the wall paper border has a resistance to moisture flow, and is cooled by the interior air conditioning, the conditions are right to trap condensation and potentially enable mold growth. No moisture or mold growth was observed even in these conditions.



__19726 Chicory__

IBACOS

Kingsbury v GreenFiber
Supplement

Tops of shower enclosures show good
condition of caulked seam



**19726 Chicory.**

Large window sills were in good
condition and showed no sign of
moisture or mold.



**19726 Chicory**

**IBACOS**

- 17 -

Kingsbury v GreenFiber™
Supplement

In general flashing and water management features on the exterior of these four homes were in good condition and provide the required protection against undesirable water intrusion during rain events



**19726 Chicory.**

Exterior enhancements to the elevations of these homes were either brick as shown here or manufactured stone. The mortar joints were in good condition and the stucco surrounding these materials showed no sigh of water damage or intrusion.



**19726 Chicory**

IBACOS

Kingsbury v GreenFiber
Supplement

**Summary**

In summary, although all four homes showed different levels of wear and tear and homeowner maintenance, the basic enclosures and conditions at insulated walls where construction elements such as tub enclosures and cabinets provided a barrier to water and moisture egress were good. No mold or moisture damage was observed on any cabinet or wall surface. The exteriors of the homes were in generally good shape with stucco showing little or no cracking and generally consistent detailing and ability to provide good water resistance to rain events. Builder installed water management details were in good shape. Homeowner installed concrete slab additions were minimally, but adequately below the weep screed and should provide no issues. Irrigation systems were not observed to be ponding of providing overwatering. No structural or foundation issues were observed and no drywall or stucco cracking due to shifting or stress was observed.

IBACOS