1  Alan I. Schimmel, Esq.  SBN 101328
    *aischimmel@spattorneys.com*
2  Michael W. Parks, Esq. SBN 154531
    *mwparks@spattorneys.com*
3  SCHIMMEL & PARKS
   *A Professional Law Corporation*
4  11601 Wilshire Blvd., Suite 2100
   Los Angeles, California 90025
5  Telephone: (310) 479-9797
   Facsimile: (310) 479-4407
6

7  Attorneys for PLAINTIFFS AND
   PROPOSED CLASS
8

9                UNITED STATED DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12 | DANIELLE KINGSBURY, EMILIO              ) CASE NO. CV08-151-AHM (JTLx)
   SEGURA, PILIEN SEGURA, individually       )
13 and on behalf of all others similarly situated, ) **SUPPLEMENTAL DECLARATION OF**
                                              ) **MICHAEL W. PARKS IN SUPPORT OF**
14               Plaintiffs,                  ) **PLAINTIFFS' MOTION FOR CLASS**
                                              ) **CERTIFICATION**
15       v.                                   )
                                              )
16 U.S. GREENFIBER, LLC, a North Carolina    ) Date:       July 6, 2009
   business entity; PULTE HOME                ) Time:       10:00 a.m.
17 CORPORATION, a Michigan corporation;       ) Courtroom   No. 14
   QUALITY INTERIORS, INC., a California      )             312 North Spring Street
18 Corporation; and DOES 1 through 1000,     )             Los Angeles, California
   inclusive,                                 )
19                                            )
                 Defendants.                  ) Action Filed: 11/15/07
20 _____)

21       I, Michael W. Parks, Esq., declare as follows:

22       1.   I am an attorney at law duly licensed to practice in the State of California and in the

23 United States District Court for the Central District of California. I am a shareholder of the law

24 firm of Schimmel & Parks, APLC ("S&P"), lead counsel for the named plaintiffs in this proposed

25 civil class action. I submit this declaration in support of Plaintiff's motion for class certification. I

26 have been personally involved in handling pleadings and discovery in this matter. I have personal

27 knowledge of the factual matters set forth in this Declaration and, if called to testify, would and

28 could competently and truthfully testify thereto.

---

SUPPLEMENTAL DECLARATION OF MICHAEL W. PARKS IN SUPPORT OF MOTION FOR CLASS
CERTIFICATION

2. Attached as Exhibit "A" to this declaration is a true and correct copy of documents containing photographic images demonstrating how to obtain access to Cocoon Insulation to remove it after it is incorporated into wall assemblies.

3. Attached as Exhibit "B" to this declaration is a true and correct copy of portions of the deposition transcript of Emilio Segura, Pulte home owner and proposed class representative, taken in this action.

### Documentary Exhibits

4. Attached to my declaration, is a true and correct copy of Documentary Exhibits and/or portions of Documentary Exhibits that were marked and identified in the course of this litigation and attached to the deposition transcripts prepared in this action. The Exhibit numbers correspond to the numbering of the exhibits attached to the deposition transcripts during deposition proceedings in this case. I also provide reference to pages of the deposition transcripts and/or pages of the bates stamped numbers placed on the documents by parties to this action as part of their production of documents. This information is provided for identification and authentication purposes, to authenticate each such exhibit and/or portion as being true and correct documents taken from the original deposition proceedings. The attached exhibits to my declaration are as follows:

| EX NO. | DESCRIPTION | DEPONENT/PAGE NO. |
|---|---|---|
| 63 | Pre-Construction Meeting Outline | Rizzo, Daniel A. - 340 |
| 64 | Document entitled "Quality Features" | Rizzo, Daniel A. - 341 |
| 65 | Document Entitled "9 Step Building Process" | Rizzo, Daniel A. - 344 |
| 75 | Portions of Segura Document Production Re: handouts/documents given to Segura by Pulte | Segura, Emilio - 78 |
| 77 | Cocoon Insulation warranty on Warranty Disc given to Segura by Pulte | Segura, Emilio - 189 |
| 122 | Pulte Homes, The Estates at Apple Valley, Pre-construction meeting power point | Naff, Lauralee. - 66 |

5. Attached to the declaration that I served on November 24, 2008 and filed under

---

1  seal in connection with the prior motion for class certification, was an Exhibit from the
2  deposition of Randy Folts, Exhibit "167." This document was an e-mail from Dan Rizzo of US
3  Greenfiber, who is identified as the author. This document was produced with the Bates Label
4  GF00072634 and was marked at the Folts Deposition, at page 105. This exhibit is referenced in
5  Plaintiff's reply brief and Plaintiff refers the Court to this exhibit, currently on file with the
6  Court.
7      I declare the foregoing as true and correct under penalty of perjury under the laws of the
8  United States of America. Executed this 15th day of June, 2009 at Los Angeles, California.

_____
Michael W. Parks