O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV2008-00151-AHM (JTLx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | DANIELLE KINGSBURY, et al. v. U.S. GREENFIBER, LLC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alan I. Schimmel<br>Michael W. Parks | Jeffrey M. McConnell<br>Edward W. Schmitt<br>John D. Klinedinst<br>Christopher S. Burnside<br>David R. Plancarte |

**Proceedings:** HEARING ON THE ISSUE OF JURISDICTION UNDER THE CLASS ACTION FAIRNESS ACT (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court takes the matter under submission.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | | SMO |