O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00151 AHM (JTLx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | DANIELLE KINGSBURY, et al. v. U.S. GREENFIBER, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    This action was removed from Los Angeles Superior Court under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1332, 1441, 1453. On July 16, 2009, this Court issued an Order to Show Cause whether the Court has jurisdiction over this matter despite CAFA's "Local Controversy Exception," 28 U.S.C. § 1332(d)(4)(A). Both sides responded in writing, and on August 10, 2009 the Court held a hearing on the matter. Plaintiffs assert that this Court has discretion to maintain jurisdiction over this action, and Defendants contend that this Court must retain jurisdiction.

    After considering the briefs and the oral arguments, the Court concludes that it has jurisdiction under CAFA and will retain jurisdiction. Because the *Matalas* class action was filed during the three-year period preceding the filing of this class action, the third element of the Local Controversy Exception is not satisfied. The Court thus DISCHARGES the Order to Show Cause.[1]

Initials of Preparer     se

---

[1] Docket No. 147.