1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE KINGSBURY, et al., | CASE NO. CV08-151-AHM (JTLx) |
| Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |
| v. | |
| U.S. GREENFIBER, LLC, et al., | |
| Defendant(s) | |

On September 14, 2009, the Court effectively stayed this action pending compliance with the pre-litigation Right to Repair process of California *Civil Code* §§ 910-938 (RORA);

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff file a quarterly status reports commencing on January 4, 2010.

/ / /

1 | This Court retains jurisdiction over this action and this Order shall not
2 | prejudice any party to this action.
3 |     IT IS SO ORDERED.
4 | DATED: September 24, 2009

_____
A. HOWARD MATZ
United States District Judge

6 | **JS-6**

2