O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00151 AHM (JTLx) | Date | October 20, 2009 |
|---|---|---|---|
| Title | DANIELLE KINGSBURY, et al. v. U.S. GREENFIBER, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

      Defendant's "*Ex Parte* Application for an Order Reinstating Action on the Court's Active Caseload and for Hearing Date on Defendant U.S. Greenfiber, LLC's Motion for Reconsideration"[1] is DENIED without prejudice. Defendant has failed to establish sufficient reasons for proceeding *ex parte* rather than by way of noticed motion. *See Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995). Defendant is not precluded from filing a noticed motion on the same grounds.

                                                            :

Initials of Preparer     SMO

---

[1] Docket No. 169