```
 1  Alan I. Schimmel, Esq.  SBN 101328
    Michael W. Parks, Esq. SBN 154531
 2  aischimmel@spattorneys.com
    mwparks@spattorneys.com
 3  SCHIMMEL & PARKS
    A Professional Law Corporation
 4  11601 Wilshire Blvd., Suite 2100
    Los Angeles, California 90025
 5  Telephone: (310) 479-9797
    Facsimile: (310) 479-4407
 6
 7  Attorneys for PLAINTIFFS AND
    PROPOSED CLASS
 8
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIELLE KINGSBURY, EMILIO SEGURA, PILIEN SEGURA, individually and on behalf of all others similarly situated, | CASE NO. CV08-151-AHM (JTLx) |
|---|---|
| Plaintiffs, | DECLARATION OF MICHAEL W. PARKS IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO REINSTATE ACTION TO ACTIVE CASELOAD AND OPPOSITION TO MOTION FOR HEARING DATE ON MOTION FOR RECONSIDERATION |
| v. | |
| U.S. GREENFIBER, LLC, a North Carolina business entity; PULTE HOME CORPORATION, a Michigan corporation; QUALITY INTERIORS, INC., a California Corporation; and DOES 1 through 1000, inclusive, | Date:  November 16, 2009<br>Time:  10:00 a.m.<br>Place: Courtroom No. 14<br>312 North Spring Street<br>Los Angeles, California |
| Defendants. | |

Action Filed: 11/15/07

I, Michael W. Parks, Esq., declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and in the United States District Court for the Central District of California. I am a shareholder of the law firm of Schimmel & Parks, APLC ("S&P"), lead counsel for the named plaintiffs in this proposed civil class action. I submit this declaration in support of Plaintiff's response and opposition to

1  Defendant U.S. Greenfiber's motion to reinstate this action and set a hearing date
2  for a motion for reconsideration. I have been personally involved in handling
3  pleadings and discovery in this matter. I have personal knowledge of the factual
4  matters set forth in this Declaration and, if called to testify, would and could
5  competently and truthfully testify thereto.

6    2.    Attached as Exhibit "B" to this declaration is a true and correct copy
7  of relevant portions of a complaint filed by Pulte Home Corporation entitled *Pulte*
8  *Home Corporation v. US Greenfiber, LLC et al.* in Riverside County Superior
9  Court (Case No. RIC 472571) on May 31, 2007.

10    3.    The inspection of the Segura home pursuant to RORA "non-
11  adversarial" procedures is currently scheduled for November 3, 2009.

12  I declare the foregoing as true and correct under penalty of perjury under the
13  laws of the United States of America. Executed this 2nd day of November,
14  2009 at Los Angeles, California.

_____
Michael W. Parks

---

DECLARATION OF MICHAEL W. PARKS IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION
TO REINSTATE ACTION TO ACTIVE CASELOAD AND OPPOSITION TO MOTION FOR HEARING
DATE ON MOTION FOR RECONSIDERATION
-2-

**EXHIBIT A**

```
 1  Edward W. Schmitt, Esq.    SBN 101330
    Rebecca Collaco, Esq.      SBN 242772
 2  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
    3 Park Plaza, Suite 1500
 3  Irvine, CA 92614-8558
    Phone: 949-864-3400
 4  Fax: 949-864-9000

 5  Attorneys for PULTE HOME CORPORATION
```

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAY 31 2007

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

| | |
|---|---|
| PULTE HOME CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>US GREENFIBER, LLC, a Delaware limited liability company; ENVIRONMENT FOR LIVING, a business entity, form unknown; RANCHO VALLEY BUILDERS, INC., a California corporation; SOUTHWEST WALL SYSTEMS, INC., a California corporation, WALLDESIGN INCORPORATED, a California corporation; and DOES 1 through 500,<br><br>        Defendants. | CASE NO. RIC 472571<br><br>Action Date:<br>Trial Date: None Set<br><br>Assigned for All Purposes to:<br>Judge<br>Dept.<br><br>COMPLAINT FOR DAMAGES:<br>1. EXPRESS INDEMNITY<br>2. BREACH OF CONTRACT<br>3. BREACH OF EXPRESS WARRANTIES<br>4. BREACH OF CONTRACT<br>5. BREACH OF EXPRESS WARRANTIES<br>6. EQUITABLE IMPLIED INDEMNITY<br>7. BREACH OF IMPLIED WARRANTIES<br>8. NEGLIGENCE<br>9. NEGLIGENCE<br>10. NEGLIGENCE<br>11. BREACH OF ORAL CONTRACT<br>12. STRICT PRODUCTS LIABILITY<br>13. NEGLIGENCE PRODUCT LIABILITY<br>14. DECLARATORY RELIEF |

Plaintiff, PULTE HOME CORPORATION (hereinafter referred to as "PLAINTIFF") alleges:

000032

1  DEFENDANT MATERIAL SUPPLIER and DOES 401 through 500, and each of them,
2  PLAINTIFF suffered severe injuries, resulting in general and special damages, in an amount to be
3  proven at trial.

### THIRTEENTH CAUSE OF ACTION
### NEGLIGENT PRODUCT LIABILITY AGAINST DEFENDANT
### MATERIAL SUPPLIER AND DOES 401 THROUGH 500

7   84.   PLAINTIFF incorporates by reference paragraphs 1 through 83 as though set forth fully herein.

9   85.   PLAINTIFF is informed and believes and, based thereon alleges that, at all times relevant herein, DEFENDANT MATERIAL SUPPLIER and DOES 401 through 500, and each of them, had a duty to manufacture, provide, supply, sell, test, inspect and place into the stream of commerce the GreenFiber Cellulose insulation and installation specifications and protocol for the installation of the GreenFiber Cellulose insulation, in such a manner so as not to cause damage to property when installed into mass produced housing projects by residential developers, builders, general contractors and subcontractors, including PLAINTIFF at PLAINTIFF'S PROJECT.

16  86.   PLAINTIFF is informed and believes and, based thereon, alleges that at all times relevant herein, DEFENDANT MATERIAL SUPPLIER and DOES 401 through 500, and each of them, breached that duty and so negligently manufactured, supplied, sold, tested, inspected and placed into the stream of commerce the GreenFiber Cellulose insulation and installation specifications and protocol for installation of the GreenFiber cellulose insulation into mass produced housing projects by residential developers, builders, general contractors and subcontractors, including PLAINTIFF, at PLAINTIFF'S PROJECT. DEFENDANT MATERIAL SUPPLIER and DOES 401 through 500, and each of them, failed to provide PLAINTIFF proper and adequate GreenFiber Cellulose installation specifications and protocol for the installation of the GreenFiber Cellulose insulation so as to directly and legally cause the injuries and damages to PLAINTIFF.

27  87.   PLAINTIFF is informed and believes and, based thereon, alleges that, at all times relevant herein, the acts, conduct, and/or omissions of DEFENDANT MATERIAL SUPPLIER

20

COMPLAINT FOR DAMAGES