1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIELLE KINGSBURY, et al., | Case No. CV 08-00151-DSF (AGRx) |
|---|---|
| Plaintiffs, | *Assigned to the Hon. Dale S. Fischer* |
| v. | **JUDGMENT** |
| U.S. GREENFIBER, LLC a North Carolina business entity, PULTE HOME CORPORATION, a Michigan corporation; QUALITY INTERIORS, INC., a California Corporation, et al., | |
| Defendants. | |

**WHEREAS**, on November 15, 2007 plaintiffs Danielle Kingsbury, Emilio Segura, and Pilien Segura filed the complaint in this action (Dkt. No. 1, Exh. A);

**WHEREAS**, Danielle Kingsbury passed away during the pendency of this litigation, and on March 30, 2009, the Court denied Lauralee Naff's request to be substituted as Ms. Kingsbury's legal representative. (Dkt. No. 112 at p. 4) The Court also directed Ms. Naff to file the appropriate motion to be substituted as a party. (*Id.*) Ms. Naff filed no such Motion. Pursuant to Federal Rule of Civil Procedure 25, Ms. Kingsbury's claims were dismissed by operation of law;

**WHEREAS**, on March 30, 2009 the Court also found that Pilien Segura was not a member of the putative class because she was not a purchaser or owner of any of the putative class homes. The Court found that Emilio Segura was the only named plaintiff who could serve as a named representative of the putative class. (Dkt. No. 112 at p. 4);

**WHEREAS**, on April 6, 2009 the first amended complaint in this action was filed. The first amended complaint only asserts claims on behalf of Emilio Segura as a plaintiff and the putative class (Dkt. No. 117);

**WHEREAS**, on October 14, 2010 the second amended complaint in this action was filed. The second amended complaint only asserts claims on behalf of Emilio Segura as a plaintiff and the putative class (Dkt. No. 204);

**WHEREAS**, on May 23, 2011 the Court provisionally certified a class only as to Emilio Segura's unfair competition law claim against defendant Pulte Home Corporation (Dkt. No. 237);

**WHEREAS**, on November 5, 2013 the Court decertified the class (Dkt. No. 401); and

**WHEREAS**, on August 5, 2014, the Court entered its Order Granting Defendants' Motions for Judgment on the Pleadings dismissing all of Emilio Segura, "the sole remaining plaintiff['s]", claims with prejudice (Dkt. No. 460).

1

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. This action is dismissed with prejudice and judgment is entered in favor of defendants Pulte Home Corporation, U.S. Greenfiber, LLC, and Quality Interiors, Inc.;

2. Plaintiffs Danielle Kingsbury, Emilio Segura, and Pilien Segura shall take nothing by way of their complaint;

3. Each defendant shall be entitled to recover their costs to the extent permitted by Federal Rule of Civil Procedure 54 and 28 U.S.C. § 1920;

4. Each side shall bear their respective attorneys' fees incurred in connection herewith; and

5. The Court retains jurisdiction to enforce this judgment and its previous orders.

The Court, finding that no reason exists for delay, hereby directs the Clerk to enter this final judgment, pursuant to Federal Rule of Civil Procedure 58, forthwith.

Dated: 8/22/14

*Hon. Dale S. Fischer*
United States District Judge

2